# EXHIBIT 3

**GTT Communications, Inc. Loss Chart**
**Class Period: May 5, 2016 through November 9, 2020**

| Name | Date Purchased* | Shares | Price per Share | Total | Date Sold* | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $ 3.64 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Arthur Capital Inc. | 2/26/2020 | 3 | ($14.43) | ($39.99) | 4/23/2020 | 2,770 | $9.91 | $27,450.70 | | | | |
| | 2/26/2020 | 2,769 | ($14.43) | ($39,959.99) | 4/23/2020 | 2,577 | $9.94 | $25,615.38 | | | | |
| | 3/18/2020 | 68 | ($9.28) | ($630.77) | 4/23/2020 | 1,910 | $9.93 | $18,966.30 | | | | |
| | 3/18/2020 | 366 | ($9.26) | ($3,389.16) | 4/23/2020 | 1,500 | $10.15 | $15,225.00 | | | | |
| | 3/19/2020 | 32 | ($8.73) | ($279.36) | 4/23/2020 | 1,400 | $10.00 | $14,000.00 | | | | |
| | 3/19/2020 | 100 | ($8.74) | ($873.50) | 4/23/2020 | 1,200 | $9.99 | $11,988.00 | | | | |
| | 3/19/2020 | 400 | ($8.74) | ($3,496.00) | 4/23/2020 | 800 | $9.95 | $7,960.00 | | | | |
| | 3/19/2020 | 1,500 | ($8.75) | ($13,125.00) | 4/23/2020 | 600 | $9.97 | $5,982.00 | | | | |
| | 3/19/2020 | 3,201 | ($8.76) | ($28,040.76) | 4/23/2020 | 400 | $10.03 | $4,012.00 | | | | |
| | 3/19/2020 | 9,345 | ($8.77) | ($81,955.65) | 4/23/2020 | 400 | $9.92 | $3,968.00 | | | | |
| | 3/19/2020 | 14,053 | ($8.78) | ($123,385.34) | 4/23/2020 | 200 | $10.11 | $2,022.00 | | | | |
| | 4/24/2020 | 2 | ($10.16) | ($20.32) | 4/23/2020 | 200 | $10.08 | $2,016.00 | | | | |
| | 4/24/2020 | 51 | ($10.40) | ($530.40) | 4/23/2020 | 200 | $10.06 | $2,012.00 | | | | |
| | 4/24/2020 | 100 | ($10.24) | ($1,024.00) | 4/23/2020 | 200 | $10.01 | $2,002.00 | | | | |
| | 4/24/2020 | 200 | ($10.27) | ($2,054.00) | 4/23/2020 | 100 | $10.14 | $1,014.00 | | | | |
| | 4/24/2020 | 200 | ($10.47) | ($2,094.00) | 4/23/2020 | 100 | $10.12 | $1,012.00 | | | | |
| | 4/24/2020 | 200 | ($10.50) | ($2,100.00) | 4/23/2020 | 100 | $10.09 | $1,009.00 | | | | |
| | 4/24/2020 | 300 | ($10.32) | ($3,096.00) | 4/23/2020 | 100 | $9.98 | $998.00 | | | | |
| | 4/24/2020 | 300 | ($10.38) | ($3,114.00) | 4/23/2020 | 50 | $10.04 | $502.00 | | | | |
| | 4/24/2020 | 400 | ($10.31) | ($4,124.00) | 4/29/2020 | 254 | $11.50 | $2,921.00 | | | | |
| | 4/24/2020 | 400 | ($10.36) | ($4,144.00) | | | | | | | | |
| | 4/24/2020 | 500 | ($10.35) | ($5,175.00) | | | | | | | | |
| | 4/24/2020 | 1,084 | ($10.37) | ($11,241.08) | | | | | | | | |
| | 4/24/2020 | 1,100 | ($10.25) | ($11,275.00) | | | | | | | | |
| | 4/24/2020 | 1,800 | ($10.49) | ($18,882.00) | | | | | | | | |
| | 4/24/2020 | 2,497 | ($10.17) | ($25,394.49) | | | | | | | | |
| | 4/24/2020 | 2,501 | ($10.22) | ($25,560.22) | | | | | | | | |
| | 4/24/2020 | 2,756 | ($10.51) | ($28,965.56) | | | | | | | | |
| | 8/21/2020 | 691 | ($4.72) | ($3,263.94) | | | | | | | | |
| | 8/24/2020 | 420 | ($4.59) | ($1,926.16) | | | | | | | | |
| | 8/24/2020 | 9,170 | ($4.61) | ($42,248.94) | | | | | | | | |
| | 10/14/2020 | 2 | ($4.99) | ($9.98) | | | | | | | | |
| | 10/14/2020 | 15 | ($4.99) | ($74.78) | | | | | | | | |
| | 10/26/2020 | 26 | ($5.28) | ($137.25) | | | | | | | | |
| | 10/26/2020 | 165 | ($5.28) | ($870.38) | | | | | | | | |
| | | 56,717 | | ($492,501.02) | | 15,061 | | $150,675.38 | 41,656 | $151,418.73 | ($341,082.29) | |

*May reflect settlement dates.