POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Wai Lim Ng and
Proposed Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK ROTH BETEILIGUNGS GmbH, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GTT COMMUNICATIONS, INC., RICHARD D. CALDER, JR., ERNIE ORTEGA, MICHAEL T. SICOLI, DANIEL M. FRASER, and STEVEN BERNS, <br><br> Defendants. | Case No. 2:21-cv-00270-DOC-AS <br><br> NOTICE OF MOTION OF WAI LIM NG FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL <br><br> DATE:  April 12, 2021 <br> TIME:  8:30 a.m. <br> JUDGE:  David O. Carter <br> CTRM:  9 D |

SORIN GRIGORE, Individually and on behalf of all others similarly situated,

        Plaintiff,

   vs.

GTT COMMUNICATIONS, INC., RICHARD D. CALDER, JR., ERNIE ORTEGA, MICHAEL T. SICOLI, DANIEL M. FRASER, and STEVEN BERNS,

        Defendants.

Case No. 2:21-cv-00839-DOC-AS

TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Wai Lim Ng ("Ng"), by and through his counsel, will and does hereby move this Court, pursuant to Section 21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), and Federal Rule of Civil Procedure 42, for the entry of an Order:  (1) consolidating the above-captioned related actions (the "Related Actions"); (2) appointing Ng as Lead Plaintiff on behalf of all persons or entities that purchased or otherwise acquired GTT Communications, Inc. publicly traded securities from May 5, 2016 through November 9, 2020, inclusive (the "Class"); and (3) approving Lead Plaintiff's selection of Pomerantz LLP as Lead Counsel for the Class.

In support of this motion, Ng submits a Memorandum of Points and Authorities, the Declaration of Jennifer Pafiti submitted herewith, the pleadings and other filings herein, and such other written and oral arguments as may be presented to the Court.

Ng is aware of Local Civil Rule 7-3, which provides, in relevant part: "[C]ounsel contemplating the filing of any motion shall first contact opposing counsel to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution." Here, pursuant to the PSLRA, the deadline to file a motion for appointment as Lead Plaintiff in the Related Actions is March 15, 2021, on which date any member of the putative Class may so move.  *See* 15 U.S.C. § 78u-4(a)(3)(A)(i)(II) & (a)(3)(B)(i).  Ng will thus not know the identities of the other putative Class members, if any, who intend

to file competing Lead Plaintiff motions until March 16, 2021—the day after the statutory deadline—making conferral with opposing counsel prior to the filing of Ng's motion papers impracticable.    Under these circumstances, Ng respectfully requests that compliance with Local Civil Rule 7-3 be waived in this instance.

Dated:  March 15, 2021                          POMERANTZ LLP

                                                */s/ Jennifer Pafiti*
                                                Jennifer Pafiti (SBN 282790)
                                                1100 Glendon Avenue, 15th Floor
                                                Los Angeles, California 90024
                                                Telephone: (310) 405-7190
                                                jpafiti@pomlaw.com

                                                *Counsel for Movant Wai Lim Ng and*
                                                *Proposed Lead Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti