# EXHIBIT A

**GTT Communications, Inc. (GTT)**
**Class Period: May 5, 2016 to November 9, 2020**

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | 90-Day Mean Price $4.0200 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Ng, Wai Lim | 10/12/2018 | 68 | $36.2518 | ($2,465) | | | | | | | |
| Ng, Wai Lim | 5/17/2019 | 192 | $26.3262 | ($5,055) | | | | | | | |
| Ng, Wai Lim | 5/30/2019 | 200 | $25.0334 | ($5,007) | | | | | | | |
| Ng, Wai Lim | 6/12/2019 | 130 | $23.0132 | ($2,992) | | | | | | | |
| Ng, Wai Lim | 7/10/2019 | 280 | $16.0125 | ($4,484) | | | | | | | |
| Ng, Wai Lim | 7/26/2019 | 375 | $13.4614 | ($5,048) | | | | | | | |
| Ng, Wai Lim | 8/13/2019 | 100 | $9.6100 | ($961) | | | | | | | |
| Ng, Wai Lim | 6/22/2020 | 649 | $7.7000 | ($4,997) | | | | | | | |
| **Ng, Wai Lim** | | **1,994** | | **($31,008)** | | | | | **1,994** | **$8,016** | **($22,992)** |

*Avg Closing Prices from November 10, 2020 to February 5, 2021