# EXHIBIT B

# GTT Equity Alert: Rosen Law Firm Files Securities Class Action Lawsuit Against GTT Communications, Inc. - GTT

New York, New York--(Newsfile Corp. - January 12, 2021) - Rosen Law Firm, a global investor rights law firm, announces it has filed a class action lawsuit on behalf of purchasers of the securities of GTT Communications, Inc. (NYSE: GTT) between May 5, 2016 and November 9, 2020, inclusive (the "Class Period"). The lawsuit seeks to recover damages for GTT investors under the federal securities laws.

To join the GTT class action, go http://www.rosenlegal.com/cases-register-1927.html (https://www.newsfilecorp.com/redirect/LJWPFJxJO) or call Phillip Kim, Esq. toll-free at 866-767-3653 or email pkim@rosenlegal.com (mailto:pkim@rosenlegal.com) or cases@rosenlegal.com (mailto:cases@rosenlegal.com) for information on the class action.

According to the lawsuit, defendants throughout the Class Period made false and/or misleading statements and/or failed to disclose that: (1) the Company's internal controls suffered from issues related to the recording and reporting of Cost of Telecommunications Services; (2) the Company's previously reported Cost of Telecommunications was inaccurate or accounted for unsupported adjustments; (3) inadequate internal controls would result in delays in the Company's 10-Q quarterly reports; and (4) as a result of the foregoing, Defendants' public statements were materially false and/or misleading and/or lacked a reasonable basis.

A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than March 15, 2021**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation. If you wish to join the litigation, go to http://www.rosenlegal.com/cases-register-1927.html (https://www.newsfilecorp.com/redirect/o3obfA7Az) or to discuss your rights or interests regarding this class action, please contact Phillip Kim, Esq. of Rosen Law Firm toll free at 866-767-3653 or via e-mail at pkim@rosenlegal.com (mailto:pkim@rosenlegal.com) or cases@rosenlegal.com (mailto:cases@rosenlegal.com).

NO CLASS HAS YET BEEN CERTIFIED IN THE ABOVE ACTION. UNTIL A CLASS IS CERTIFIED, YOU ARE NOT REPRESENTED BY COUNSEL UNLESS YOU RETAIN ONE. YOU MAY RETAIN COUNSEL OF YOUR CHOICE. YOU MAY ALSO REMAIN AN ABSENT CLASS MEMBER AND DO NOTHING AT THIS POINT. AN INVESTOR'S ABILITY TO SHARE IN ANY POTENTIAL FUTURE RECOVERY IS NOT DEPENDENT UPON SERVING AS LEAD PLAINTIFF.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm (https://www.newsfilecorp.com/redirect/Om2pfgGgz) or on Twitter: https://twitter.com/rosen_firm (https://www.newsfilecorp.com/redirect/PkwYtOQOk) or on Facebook: https://www.facebook.com/rosenlawfirm (https://www.newsfilecorp.com/redirect/w51bFbebM).

Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 3 each year since 2013. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm's attorneys are ranked and recognized by numerous independent and respected sources. Rosen Law Firm has secured hundreds of millions of dollars for investors. Attorney Advertising. Prior results do not guarantee a similar outcome.

-----------------------------

Contact Information:

Laurence Rosen, Esq.

Phillip Kim, Esq.

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor

New York, NY 10016

Tel: (212) 686-1060

Toll Free: (866) 767-3653

Fax: (212) 202-3827

lrosen@rosenlegal.com (mailto:lrosen@rosenlegal.com)

pkim@rosenlegal.com (mailto:pkim@rosenlegal.com)

cases@rosenlegal.com (mailto:cases@rosenlegal.com)

www.rosenlegal.com (https://www.newsfilecorp.com/redirect/g1PWcM3Me)



To view the source version of this press release, please visit https://www.newsfilecorp.com/release/71877
(https://www.newsfilecorp.com/redirect/pvobcwOwV)