UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV 21-00270-DOC-(ASx) | Date | April 12, 2021 |
|---|---|---|---|
| Title | Frank Roth Beteiligungs GmbH v. GTT Communications, Inc., et al. | | |

PRESENT: **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Courtroom Clerk

Debbie Gale
Court Reporter

ATTORNEY PRESENT
FOR PLAINTIFF:

ATTORNEY PRESENT
FOR DEFENDANT:

Laurence Rosen
Phillip Kim

Howard Privette
David Korn

**PROCEEDINGS: ZOOM MOTION hearing (Held and Completed)**

Case called.   The Court confers with counsel.   The Court **GRANTS** the Motion to Consolidate Cases, as to 2:21-cv-00270 and 2:21-cv-00839, Motion for Appointment of Counsel and Appointment of Lead Plaintiff filed by Movant Arthur Capital Inc. [9] and the Motion to Consolidate Cases, as to 21-cv-00839, Motion for Appointment of Counsel, Motion of Wai Lim Ng for Consolidation, Appointment as Lead Pltf, and Approval of Counsel filed by Lead Plaintiff Movant Wai Lim Ng [13].   The Court will approve the orders as attached to the motions.

_____ :   18

Initials of Deputy
Clerk

kd

_____