

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and
the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GTT Communications, Inc. Securities Litigation | Master File No. 2:21-cv-00270-DOC-AS |
| | **JOINT STIPULATION FOR STAY PENDING MEDIATION** |
| | CLASS ACTION |
| This Document Relates To: All Actions | |

Lead Plaintiff Arthur Capital Inc. ("Plaintiff") and Defendants GTT Communications, Inc. ("GTT"), Richard D. Calder, Jr., Ernie Ortega, Michael T. Sicoli, Daniel M. Fraser, and Steven Berns ("Defendants"), by and through their undersigned counsel, hereby agree and jointly propose this stipulation.

WHEREAS, on January 12, 2021, Frank Roth Beteiligungs GmbH filed a putative class action against Defendants (Dkt. No. 1) arising under the Securities Exchange Act of 1934, including the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4, which sets forth special procedures for the administration of securities class actions, including a specific process for the appointment of a lead plaintiff and for lead counsel to represent the lead plaintiff;

1

JOINT STIPULATION FOR STAY PENDING MEDIATION; No. 2:21-cv-00270-DOC-AS

WHEREAS, Plaintiff moved unopposed for, among other things, consolidation of related actions and appointment as lead plaintiff (Dkt. No. 9);

WHEREAS, on April 9, 2021, the Court entered an Order (Dkt. No. 27) ("Scheduling Order") pursuant to the Parties' stipulation, setting a schedule for Plaintiff (then-Movant) to file an amended and consolidated complaint ("Amended Complaint"), for Defendants to move to dismiss or otherwise respond to the Amended Complaint, and for subsequent briefing on Defendants' potential motion to dismiss;

WHEREAS, on April 12, 2021, the Court entered an Order (Dkt. No. 31), which, among other things, consolidated related actions into this Action and appointed Plaintiff as lead plaintiff;

WHEREAS, pursuant to the Scheduling Order, Plaintiff's Amended Complaint is currently due on or by June 14, 2021;

WHEREAS, the Parties have agreed to participate in a private mediation which shall take place on July 6, 2021 before Jed Melnick, Esq. of JAMS ("Mediation");

WHEREAS, counsel for the Plaintiff and counsel for Defendants have conferred and agreed that a stay of the current deadline for Plaintiff to file its Amended Complaint would best serve the interests of judicial economy and would help preserve the Parties' resources for a potential settlement of this Action;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, subject to the Court's approval, that:

1. The current deadline for Plaintiff to file its consolidated amended complaint is stayed pending completion of the Mediation.

2. The Parties will provide the Court with a joint status report no later than 14 days following completion of the Mediation. The joint status report will inform the Court whether the Mediation was successful,

JOINT STIPULATION FOR STAY PENDING MEDIATION; No. 2:21-cv-00270-DOC-AS

and if it was unsuccessful, set forth a new deadline for Lead Plaintiff to file its consolidated amended complaint.

    3.    All other deadlines and provisions of the Scheduling Order remain unchanged.

Dated: June 7, 2021                    **THE ROSEN LAW FIRM, P.A.**

                                      /s/ Laurence M. Rosen
                                      Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

Dated: June 7, 2021                    **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ Howard M. Privette
Howard M. Privette (SBN 137216)
Whitney Tantisuwanna
5 Park Plaza, Suite 1400
Irvine, CA 92614-2524
Telephone: (949) 567-3500
howard.privette@troutman.com

3

JOINT STIPULATION FOR STAY PENDING MEDIATION; No. 2:21-cv-00270-DOC-AS

whitney.tantisuwanna@troutman.com

**CRAVATH, SWAINE, & MOORE LLP**
J. Wesley Earnhardt (*pro hac vice*)
David H. Korn (*pro hac vice*)
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Email: wearnhardt@cravath.com
Email: dkorn@cravath.com

*Attorneys for Defendants*

4

JOINT STIPULATION FOR STAY PENDING MEDIATION; No. 2:21-cv-00270-DOC-AS

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071.  I am over the age of eighteen.

On June 7, 2021, I electronically filed the foregoing JOINT STIPULATION FOR STAY PENDING MEDIATION with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record. Executed on June 7, 2021.

/s/ Laurence M. Rosen
Laurence M. Rosen

JOINT STIPULATION FOR STAY PENDING MEDIATION; No. 2:21-cv-00270-DOC-AS