

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re GTT Communications, Inc. Securities Litigation | Master File No. 2:21-cv-00270-DOC-AS |
| --- | --- |
| | **[PROPOSED[ ORDER REGARDING STAY PENDING MEDIATION** |
| | <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | |

The Joint Stipulation for Stay Pending Mediation having been considered, and good cause appearing therefor, IT IS HEREBY ORDERED, that:

1.     The current deadline for Lead Plaintiff Arthur Capital Inc. ("Plaintiff") to file its consolidated amended complaint, as set forth in the Court's Order dated April 9, 2021 (Dkt. No. 27) ("Scheduling Order") is stayed pending the completion of a private mediation between the Parties, currently scheduled for July 6, 2021 before Jed Melnick, Esq. of JAMS ("Mediation").

2.     The Parties will provide the Court with a joint status report no later than 14 days following completion of the Mediation. The joint status

report will inform the Court whether the Mediation was successful, and if it was unsuccessful, set forth a new deadline for Lead Plaintiff to file its consolidated amended complaint.

3.    All other deadlines and provisions of the Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated: _____, 2021        _____
                                      HON. DAVID O. CARTER, U.S.D.J.

2