

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GTT Communications, Inc. Securities Litigation | Master File No. 2:21-cv-00270-DOC-AS |
| | **ORDER REGARDING STAY PENDING MEDIATION** |
| | <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | |

The Joint Stipulation for Stay Pending Mediation having been considered, and good cause appearing therefor, IT IS HEREBY ORDERED, that:

1.  The current deadline for Lead Plaintiff Arthur Capital Inc. ("Plaintiff") to file its consolidated amended complaint, as set forth in the Court's Order dated April 9, 2021 (<u>Dkt. No. 27</u>) ("Scheduling Order") is stayed pending the completion of a private mediation between the Parties, currently scheduled for July 6, 2021 before Jed Melnick, Esq. of JAMS ("Mediation").

2.  The Parties will provide the Court with a joint status report no later than 14 days following completion of the Mediation. The joint status

1

report will inform the Court whether the Mediation was successful, and if it was unsuccessful, set forth a new deadline for Lead Plaintiff to file its consolidated amended complaint.

3.    All other deadlines and provisions of the Scheduling Order remain unchanged.

IT IS SO ORDERED.

Dated:      June 11, 2021                    _____

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

2