Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GTT Communications, Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 2:21-cv-00270-DOC-AS<br><br>**JOINT STATUS REPORT**<br><br><u>CLASS ACTION</u> |

Lead Plaintiff Arthur Capital Inc. ("Plaintiff") and Defendants GTT Communications, Inc. ("GTT"), Richard D. Calder, Jr., Ernie Ortega, Michael T. Sicoli, Daniel M. Fraser, and Steven Berns ("Defendants"), by and through their undersigned counsel, hereby provide the following joint status report.

On June 11, 2021, the Court entered an Order (Dkt. No. 39) pursuant to the Parties' stipulation, staying the deadline for Plaintiff to file an amended complaint pending the completion of a private mediation on July 6, 2021 ("Mediation"), and directing the Parties to provide the Court with a joint status report within 14 days after the Mediation.

Although the Parties were unable to resolve this Action at the Mediation, the mediator has led continued productive settlement discussions over the past two

weeks. Therefore, Plaintiff and Defendants respectfully request that the Court permit the Parties to provide a further joint status report about settlement discussions—and, if necessary, a new deadline for Plaintiff to file its amended complaint—in two weeks, by August 3, 2021.

                    Respectfully submitted,

Dated: July 20, 2021          **THE ROSEN LAW FIRM, P.A.**

*/s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

Dated: July 20, 2021          **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Howard M. Privette*
Howard M. Privette (SBN 137216)
Whitney Tantisuwanna
5 Park Plaza, Suite 1400

Irvine, CA 92614-2524
Telephone: (949) 567-3500
howard.privette@troutman.com
whitney.tantisuwanna@troutman.com

**CRAVATH, SWAINE, & MOORE LLP**
J. Wesley Earnhardt (*pro hac vice*)
David H. Korn (*pro hac vice*)
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Email: wearnhardt@cravath.com
Email: dkorn@cravath.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows: I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On July 20, 2021, I electronically filed the foregoing JOINT STATUS REPORT with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on July 20, 2021.

                                         */s/ Laurence M. Rosen*
                                         Laurence M. Rosen