J. Wesley Earnhardt (admitted *pro hac vice*)
wearnhardt@cravath.com
David H. Korn (admitted *pro hac vice*)
dkorn@cravath.com
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019
Telephone:  (212) 474-1000

Howard M. Privette, Esq. (SBN 137216)
howard.privette@troutman.com
TROUTMAN PEPPER HAMILTON SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone:  (949) 567-3500

Attorneys for Defendants GTT Communications, Inc.,
Richard D. Calder, Jr., Ernie Ortega, Michael T.
Sicoli, Daniel M. Fraser, and Steven Berns

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GTT Communications, Inc. Securities Litigation | Master File No. 2:21-cv-00270-DOC-AS |
| | **SUGGESTION OF BANKRUPTCY** |
| | CLASS ACTION |
| This Document relates to:  All Actions | |

**PLEASE TAKE NOTICE** that, on October 31, 2021, GTT Communications, Inc., and certain of its direct and indirect subsidiaries (the "Debtors") filed voluntary petitions in the United States Bankruptcy Court for the Southern District of New York for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the case *In re GTT Communications, Inc.*, No. 21-11880 (MEW) (Bankr. S.D.N.Y.).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 362(a) of the Bankruptcy Code, each Debtor's filing of its voluntary petition operates as a stay, applicable to all entities, of, among other things: (a) the commencement or continuation of all judicial, administrative, or other actions or proceedings against the Debtor (i) that were or could have been commenced before the commencement of the Debtor's bankruptcy case or (ii) to recover any claims against the Debtor that arose before the commencement of the Debtor's bankruptcy case; (b) the enforcement, against the Debtor or against any property of the Debtor's bankruptcy estate, of a judgment obtained before the commencement of the Debtor's bankruptcy case; or (c) any act to obtain possession of property of or from the Debtor's bankruptcy estate, or to exercise control over property of the Debtor's bankruptcy estate.

Dated:  November 1, 2021          TROUTMAN PEPPER HAMILTON SANDERS LLP


By:    s/ Howard M. Privette
Howard M. Privette
Attorneys for  Defendants GTT Communications, Inc., Richard D. Calder, Jr., Ernie Ortega, Michael T. Sicoli, Daniel M. Fraser, and Steven Berns