JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. LA CV 21-00270-DOC-AS                    Date:  November 9, 2021

Title: IN RE GTT COMMUNICATIONS, INC. SECURITIES LITIGATION

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

|  Karlen Dubon  |  Not Present  |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):    ORDER WITHDRAWING**
**PRELIMINARY APPROVAL OF**
**CLASS ACTION SETTLEMENT [51]**

On November 4, 2021, this Court granted Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. 51). The Court is now in receipt of Defendant GTT Communications, Inc.'s ("GTT") Suggestion of Bankruptcy filing (Dkt. 50). GTT filed a voluntary petition for relief in the U.S. Bankruptcy Court for the Southern District of New York on October 31, 2021, which led to an automatic stay of all pending proceedings. The Court understands that the parties are seeking relief from the bankruptcy court to lift the stay for the purposes of approving the settlement in this case.

As such, the Court WITHDRAWS its order granting preliminary approval of the class action settlement and holds the Motion in abeyance during the pendency of the bankruptcy stay. The parties are ORDERED to file a status report with the Court within seven days of the bankruptcy court responding to their request.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kd

MINUTES FORM 11
CIVIL-GEN