Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

[*additional counsel on signature page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re GTT Communications, Inc. Securities Litigation | Master File No. 2:21-cv-00270-DOC-AS |
|---|---|
| | **NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS** |
| | <u>CLASS ACTION</u> |
| | Date: March 21, 2022<br>Time: 8:30 a.m.<br>Courtroom: 9D<br>Judge: Hon. David O. Carter |
| This Document Relates To: All Actions | |

**PLEASE TAKE NOTICE** that pursuant to the Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 54), on March 21, 2022 at 8:30 a.m., before the Honorable David O. Carter, United States District Judge for the Central District of California, located at Ronald Reagan Federal Building and United States Courthouse, Courtroom 9D, 411 West Fourth Street, Santa Ana, California 92701, Lead Plaintiff Arthur Capital Inc. will and hereby does move this Court, for entry of an order granting: (i) final certification of the proposed Settlement Class for settlement purposes only; (ii) final approval of the proposed Settlement and the plan to allocate the settlement proceeds; and (iii) final approval of the form, manner, and content of the notice of the Settlement that was delivered to the Settlement Class.

Lead Plaintiff bases this motion upon the Memorandum of Points and Authorities in Support of Lead Plaintiff's Motion for Final Approval, the Declaration of Laurence M. Rosen and all exhibits attached thereto, all records and papers on file in this action, and any argument offered at a hearing on this motion.

Plaintiff makes this motion following the conference of counsel pursuant to Local Rule 7-3, conducted on February 16, 2022, during which Defendants' counsel advised that Defendants do not oppose this motion.

Dated: February 21, 2022

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Laurence M. Rosen*
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

Phillip Kim (*pro hac vice*)
Joshua Baker (*pro hac vice*)
275 Madison Avenue, 40th Floor

New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

## CERTIFICATE OF SERVICE

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 21, 2022, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 21, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen