Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Lead Counsel for Lead Plaintiff and
the Class*

[*additional counsel on signature page*]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GTT Communications, Inc. Securities Litigation | Master File No. 2:21-cv-00270-DOC-AS |
| | **NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF** |
| | <u>CLASS ACTION</u> |
| | Date: March 21, 2022 Time: 8:30 a.m. Courtroom: 9D Judge: Hon. David O. Carter |
| This Document Relates To: All Actions | |

1   **PLEASE TAKE NOTICE** that pursuant to the Order Granting Lead Plaintiff's
2   Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 54), on March
3   21, 2022 at 8:30 a.m., before the Honorable David O. Carter, United States District
4   Judge for the Central District of California, located at Ronald Reagan Federal Building
5   and United States Courthouse, Courtroom 9D, 411 West Fourth Street, Santa Ana,
6   California 92701, Lead Plaintiff Arthur Capital Inc. will and hereby does move this
7   Court, for entry of an order awarding: (i) attorneys' fees of 30% of the Settlement, or
8   $600,000; (ii) expense reimbursement of $40,238.30; and (iii) an award of $7,500 to
9   Lead Plaintiff.

10  Lead Plaintiff bases this motion upon the Memorandum of Points and
11  Authorities in Support of Lead Plaintiff's Motion for Award of Attorneys' Fees and
12  Expenses and Award to Lead Plaintiff, the Declaration of Laurence M. Rosen and all
13  exhibits attached thereto, all records and papers on file in this action, and any argument
14  offered at a hearing on this motion.

15  Plaintiff makes this motion following the conference of counsel pursuant to
16  Local Rule 7-3, conducted on February 16, 2022, during which Defendants' counsel
17  advised that Defendants do not oppose this motion.

18

19  Dated: February 21, 2022          **THE ROSEN LAW FIRM, P.A.**

20

21                                     By: */s/ Laurence M. Rosen*
22                                     Laurence M. Rosen (SBN 219683)
                                       355 South Grand Avenue, Suite 2450
23                                     Los Angeles, CA 90071
                                       Telephone: (213) 785-2610
24                                     Facsimile: (213) 226-4684
                                       Email: lrosen@rosenlegal.com
25

26                                     Phillip Kim (*pro hac vice*)
27                                     Joshua Baker (*pro hac vice*)
                                       275 Madison Avenue, 40th Floor
28

New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: pkim@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiff and the Class*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the managing attorney of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 21, 2022, I electronically filed the foregoing NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND AWARDS TO LEAD PLAINTIFF with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 21, 2022.

/s/ Laurence M. Rosen
Laurence M. Rosen