J. Wesley Earnhardt *(pro hac vice)*
David H. Korn *(pro hac vice)*
**CRAVATH, SWAINE & MOORE LLP**
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700
wearnhardt@cravath.com
dkorn@cravath.com

Howard M. Privette (SBN 137216)
**SNELL & WILMER L.L.P.**
Plaza Tower, 600 Anton Boulevard
Costa Mesa, CA 92626-7689
Telephone: (714) 427-7000
hprivette@swlaw.com

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re GTT Communications, Inc. Securities Litigation, | Master File No. 2:21-cv-00270-DOC-AS |
| | **DECLARATION OF DAVID H. KORN REGARDING DEFENDANTS' COMPLIANCE WITH CAFA** |
| | <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | |

1

DECLARATION OF DAVID H. KORN; 2:21-cv-00270-DOC-AS

I, David H. Korn, declare as follows:

1.      I am a citizen of the United States, more than eighteen years old, and not a party to this action. I am a partner at the firm Cravath, Swaine & Moore LLP, counsel for Defendants in the above-captioned matter, located at 825 Eighth Avenue, New York, N.Y. In accordance with paragraph 5.5 of the Parties' Stipulation of Settlement, I submit this declaration regarding the Defendants' compliance with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA").

2.      On Friday, November 5, 2021, pursuant to CAFA, I caused to be served upon the Attorney General of the United States, the Attorneys General of the fifty states, Puerto Rico, Guam, Virgin Islands, Northern Mariana Islands, American Samoa and Washington, D.C., the following documents:

- A letter providing notice regarding the proposed settlement in the above-captioned action (the "Letter"), attached hereto as Exhibit A;
- Class Action Complaint for Violation of the Federal Securities Laws, dated January 12, 2021;
- Consolidated Amended Class Action Complaint, dated August 17, 2021;
- Lead Plaintiff's Notice of Unopposed Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement, dated October 29, 2021;
- Lead Plaintiff's Memorandum of Points and Authorities in Support of its Unopposed Motion for Preliminary Approval of Class Action Settlement, dated October 29, 2021;
- Stipulation and Agreement of Settlement with Exhibits; and
- Notice and Suggestion of Bankruptcy, dated November 1, 2021.

Service was made by uploading the documents into a secure File Transfer Protocol (the "FTP"), placing the Letter in envelopes for delivery by First Class Mail, and depositing the envelopes within my firm for collection by the United States Postal Service and

2

DECLARATION OF DAVID H. KORN; 2:21-cv-00270-DOC-AS

FedEx pursuant to my firm's regular practice of collecting and processing envelopes and other matters for mailing.

3.    On Thursday, March 10, 2022, pursuant to CAFA, I caused to be served upon the Attorney General of the United States, the Attorneys General of the fifty states, Puerto Rico, Guam, Virgin Islands, Northern Mariana Islands, American Samoa and Washington, D.C., the following documents:

- A letter providing supplemental notice regarding the proposed settlement in the above-captioned action (the "Supplemental Letter"), attached hereto as Exhibit B; and
- A spreadsheet containing claims and class member estimates, pursuant to 28 U.S.C. § 1715(b)(7)(B), based on information provided by the claims administrator.

Service was made by uploading the documents into the FTP, placing the Supplemental Letter in envelopes for delivery by First Class Mail, and depositing the envelopes within my firm for collection by the United States Postal Service and FedEx pursuant to my firm's regular practice of collecting and processing envelopes and other matters for mailing.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2022, at 825 Eighth Avenue, New York, N.Y.

David H. Korn

3

DECLARATION OF DAVID H. KORN; 2:21-cv-00270-DOC-AS