# CRAVATH, SWAINE & MOORE LLP

JOHN W. WHITE
EVAN R. CHESLER
STEPHEN L. GORDON
ROBERT H. BARON
DAVID MERCADO
CHRISTINE A. VARNEY
PETER T. BARBUR
MICHAEL S. GOLDMAN
RICHARD HALL
JULIE A. NORTH
ANDREW W. NEEDHAM
STEPHEN L. BURNS
KATHERINE B. FORREST
KEITH R. HUMMEL
DAVID J. KAPPOS
DANIEL SLIFKIN
ROBERT I. TOWNSEND, III
PHILIP J. BOECKMAN
RONALD E. CREAMER JR.
WILLIAM V. FOGG
FAIZA J. SAEED
RICHARD J. STARK
THOMAS E. DUNN
MARK I. GREENE
DAVID R. MARRIOTT
MICHAEL A. PASKIN
ANDREW J. PITTS
MICHAEL T. REYNOLDS

ANTONY L. RYAN
GEORGE E. ZOBITZ
GEORGE A. STEPHANAKIS
DARIN P. MCATEE
GARY A. BORNSTEIN
TIMOTHY G. CAMERON
KARIN A. DEMASI
DAVID S. FINKELSTEIN
RACHEL G. SKAISTIS
PAUL H. ZUMBRO
ERIC W. HILFERS
GEORGE F. SCHOEN
ERIK R. TAVZEL
CRAIG F. ARCELLA
LAUREN ANGELILLI
TATIANA LAPUSHCHIK
ALYSSA K. CAPLES
JENNIFER S. CONWAY
MINH VAN NGO
KEVIN J. ORSINI
MATTHEW MORREALE
JOHN D. BURETTA
J. WESLEY EARNHARDT
YONATAN EVEN
BENJAMIN GRUENSTEIN
JOSEPH D. ZAVAGLIA
STEPHEN M. KESSING
LAUREN A. MOSKOWITZ

WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

TELEPHONE: +1-212-474-1000
FACSIMILE: +1-212-474-3700

_____

CITYPOINT
ONE ROPEMAKER STREET
LONDON EC2Y 9HR
TELEPHONE: +44-20-7453-1000
FACSIMILE: +44-20-7860-1150

WRITER'S DIRECT DIAL NUMBER

+1-212-474-1478

WRITER'S EMAIL ADDRESS

dkorn@cravath.com

DAVID J. PERKINS
J. LEONARD TETI, II
D. SCOTT BENNETT
TING S. CHEN
CHRISTOPHER K. FARGO
DAVID M. STUART
AARON M. GRUBER
O. KEITH HALLAM, III
OMID H. NASAB
DAMARIS HERNÁNDEZ
JONATHAN J. KATZ
DAVID L. PORTILLA
RORY A. LERARIS
KARA L. MUNGOVAN
MARGARET T. SEGALL
NICHOLAS A. DORSEY
ANDREW C. ELKEN
JENNY HOCHENBERG
VANESSA A. LAVELY
G.J. LIGELIS JR.
MICHAEL E. MARIANI
LAUREN R. KENNEDY
SASHA ROSENTHAL-LARREA
ALLISON M. WEIN
MICHAEL P. ADDIS
JUSTIN C. CLARKE
SHARONMOYEE GOSWAMI
C. DANIEL HAAREN

EVAN MEHRAN NORRIS
LAUREN M. ROSENBERG
MICHAEL L. ARNOLD
HEATHER A. BENJAMIN
MATTHEW J. BOBBY
DANIEL J. CERQUEIRA
ALEXANDRA C. DENNING
HELAM GEBREMARIAM
MATTHEW G. JONES
MATTHEW M. KELLY
DAVID H. KORN
BRITTANY L. SUKIENNIK
ANDREW M. WARK

_____

PARTNER EMERITUS
SAMUEL C. BUTLER

_____

OF COUNSEL
MICHAEL L. SCHLER
CHRISTOPHER J. KELLY
KIMBERLEY S. DREXLER
NICOLE F. FOSTER
LILLIAN S. GROSSBARD
KIMBERLY A. GROUSSET
ANDREI HARASYMIAK

November 5, 2021

In re GTT Communications, Inc. Securities Litigation
No. 2:21-cv-00270-DOC-AS

Ladies and Gentlemen:

I write on behalf of GTT Communications Inc. ("GTT"), Richard D. Calder Jr., Ernie Ortega, Michael T. Sicoli, Daniel M. Fraser and Steven Berns (collectively, "Defendants") to provide notice, pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1711 *et seq.*, of a proposed class action settlement[1] (the "Settlement") in the above-captioned litigation.  The Settlement was reached as a result of arm's-length negotiations, including mediation conducted by Jed Melnick, Esq. of JAMS, and does not constitute any admission by Defendants of any liability or wrongdoing.

On October 29, 2021, Lead Plaintiff Arthur Capital Inc., on behalf of themselves and the proposed settlement class, filed a motion for preliminary approval of the proposed settlement with Defendants in the U.S. District Court for the Central District of California.  The Court has not yet scheduled a hearing on final approval of the settlement.

Pursuant to 28 U.S.C. § 1715(b), uploaded to the File Transfer Protocol ("FTP") site are complete copies of the following documents:

- Class Action Complaint For Violations of the Federal Securities Laws, dated January 12, 2021;

---

[1] The proposed settlement class is defined, with certain exceptions, as "all persons... who acquired GTT publicly traded securities from May 5, 2016 through July 30, 2021, both dates inclusive, and who were damaged thereby".

- Consolidated Amended Class Action Complaint, dated August 17, 2021;

- Lead Plaintiff's Notice of Unopposed Motion and Unopposed Motion for Preliminary Approval of Class Action Settlement, dated October 29, 2021;

- Lead Plaintiff's Memorandum of Points and Authorities in Support of its Unopposed Motion for Preliminary Approval of Class Action Settlement, dated October 29, 2021;

- Stipulation and Agreement of Settlement with Exhibits:

    o Exhibit A: [Proposed] Order Granting Lead Plaintiff's Motion for Preliminary Approval of Class Action Settlement;

    o Exhibit A-1:  Notice of Pendency and Proposed Settlement of Class Action;

    o Exhibit A-2:  Proof of Claim and Release Form;

    o Exhibit A-3:  Summary Notice of Pendency and Proposed Class Action Settlement;

    o Exhibit A-4: Court-Ordered Legal Notice;

    o Exhibit B:  [Proposed] Order and Final Judgment; and

- Notice of Suggestion of Bankruptcy, dated November 1, 2021.

To access these documents, please use the following FTP credentials:

| | |
|---|---|
| URL: | https://fileshare.cravath.com/ |
| Username: | 011833_00004_110121_01 |
| Password: | GcHwP3o9BsLa |

Any further filings in the above-captioned action will be posted on the electronic filing section of the website for the United States District Court for the Central District of California, which can be accessed at http://www.cacd.uscourts.gov, or via the Court's Public Access to Court Electronic Records (PACER) system at http://ecf.cacd.uscourts.gov/.

Please note that the parties to the Stipulation of Settlement signed a confidential supplemental agreement, which is referenced in Section 10.3 of the Stipulation of Settlement and which was not filed with the Court.  *See* 28 U.S.C. § 1715(b)(5).  As described in the Stipulation of Settlement, the purpose of the confidential provision is to provide the Defendants with the option to terminate the Settlement if members of the Class requesting exclusion reach a certain threshold.  It is typical for agreements of this nature to remain confidential because, as explained by a leading treatise dealing with complex litigation, "[k]nowledge of the specific number of

opt outs that will vitiate a settlement might encourage third parties to solicit class members to opt out". David F. Herr, MANUAL FOR COMPLEX LITIGATION (4th ed.) § 21.631.

The settlement class consists of a broad group of persons who purchased GTT publicly traded securities during the relevant period. It is not feasible at the present time to provide the names (or number) of class members of the proposed settlement class who reside in each State or the estimated proportionate share of the claims of such members to the entire settlement. As a result, a supplemental notice will be sent pursuant to 28 U.S.C. § 1715(b)(7) when this information has been received.

Please take notice that on October 31, 2021, GTT Communications, Inc. and certain of its direct and indirect subsidiaries (the "Debtors") filed voluntary petitions in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the cases *In re GTT Communications, Inc.*, No. 21-11880 (MEW) (Bankr. S.D.N.Y.). Please take further notice that, pursuant to section 362(a) of the Bankruptcy Code, each Debtor's filing of its voluntary petition operates as a stay, applicable to various proceedings against the Debtors as per section 362 of the Bankruptcy Code. In order to effectuate the Settlement, the parties to the class action litigation have agreed to enter into a stipulation and proposed order jointly consenting to the Bankruptcy Court lifting the stay. The litigation will remain stayed until such time as the Bankruptcy Court enters an order lifting the stay.

Any correspondence on the proposed settlement should be timely sent to the Clerk of the Court, United States District Court for the Central District of California, Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012. Copies of any such correspondence also should be sent to the following addresses:

**Lead Counsel for Plaintiffs**
Laurence M. Rosen, Esq.
The Rosen Law Firm, P.A.
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071

Phillip Kim, Esq.
Joshua Baker, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016

**Counsel for Defendants**
J. Wesley Earnhardt, Esq.
David H. Korn, Esq.
Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019

Respectfully,

/s/ David H. Korn
David H. Korn

Office of the Attorney General of the United States
    Attn:  CAFA Coordinator/General Counsel's Office
        U.S. Department of Justice
            950 Pennsylvania Avenue, NW
                Washington, DC 20530-0001

Office of the Attorney General, State of Alaska
    Attn:  CAFA Coordinator/General Counsel's Office
        1031 W. 4th Avenue, Suite 200
            Anchorage, AK 99501-1994

Office of the Attorney General, State of Arizona
    Attn:  CAFA Coordinator/General Counsel's Office
        2005 N. Central Avenue
            Phoenix, AZ 85004

Office of the Attorney General, State of Arkansas
    Attn:  CAFA Coordinator/General Counsel's Office
        323 Center Street, Suite 200
            Little Rock, AR 72201

Office of the Attorney General, State of California
    Attn:  CAFA Coordinator
        Consumer Law Section
            455 Golden Gate Avenue, Suite 11000
                San Francisco, CA 94102

Office of the Attorney General, State of Colorado
  Attn:  CAFA Coordinator/General Counsel's Office
    Ralph L. Carr Colorado Judicial Center
      1300 Broadway, 10th Floor
        Denver, CO 80203

Office of the Attorney General, State of Connecticut
  Attn:  CAFA Coordinator/General Counsel's Office
    165 Capitol Avenue
      Hartford, CT 06106
        Also by email: AG.CAFA@CT.GOV

Office of the Attorney General, State of Delaware
  Attn:  CAFA Coordinator/General Counsel's Office
    Carvel State Office Bldg.
      820 N. French Street
        Wilmington, DE 19801

Office of the Attorney General, District of Columbia
  Attn:  CAFA Coordinator/General Counsel's Office
    400 6th Street, NW
      Washington, DC 20001

Office of the Attorney General, State of Florida
  Attn:  CAFA Coordinator/General Counsel's Office
    The Capitol PL-01
      Tallahassee, FL 32399-1050

Office of the Attorney General, State of Georgia
  Attn:  CAFA Coordinator/General Counsel's Office
    40 Capitol Square, SW
      Atlanta, GA 30334

Office of the Attorney General, State of Guam
  Attn:  CAFA Coordinator/General Counsel's Office
    ITC Building
      590 S. Marine Corps Drive, Suite 901
        Tamuning, Guam 96913

Office of the Attorney General, State of Hawaii
  Attn:  CAFA Coordinator/General Counsel's Office
    425 Queen Street
      Honolulu, HI 96813

Office of the Attorney General, State of Illinois
  Attn:  CAFA Coordinator/General Counsel's Office
    100 West Randolph Street
      Chicago, IL 60601

Office of the Attorney General, State of Indiana
    Attn:  CAFA Coordinator/General Counsel's Office
        Indiana Government Center South
            302 W. Washington Street, 5th Floor
              Indianapolis, IN 46204

Office of the Attorney General, Iowa
    Attn:  CAFA Coordinator/General Counsel's Office
        Hoover State Office Building
            1305 E. Walnut Street
              Des Moines, IA 50319

Office of the Attorney General, State of Kansas
    Attn:  CAFA Coordinator/General Counsel's Office
        120 SW 10th Avenue, 2nd Floor
            Topeka, KS 66612

Office of the Attorney General, Commonwealth of Kentucky
    Attn:  CAFA Coordinator/General Counsel's Office
        700 Capitol Avenue, Suite 118
            Frankfort, KY 40601-3449

Office of the Attorney General, State of Maine
    Attn:  CAFA Coordinator/General Counsel's Office
        6 State House Station
            Augusta, ME 04333

Office of the Attorney General, State of Maryland
    Attn:  CAFA Coordinator/General Counsel's Office
        200 St. Paul Place
            Baltimore, MD 21202

Office of the Attorney General, Commonwealth of Massachusetts
    Attn:  CAFA Coordinator/General Counsel's Office
        1 Ashburton Place, 20th Floor
            Boston, MA 02108-1518

Office of the Attorney General, State of Minnesota
    Attn:  CAFA Coordinator/General Counsel's Office
        State Capitol
            445 Minnesota Street
              Suite 1400
                St. Paul, MN 55101-2131

Office of the Attorney General, State of Mississippi
   Attn:  CAFA Coordinator/General Counsel's Office
      Department of Justice
         550 High Street
            Suite 1200
               Jackson, MS 39205

Office of the Attorney General, State of Nevada
   Attn:  CAFA Coordinator/General Counsel's Office
      100 North Carson Street
         Carson City, NV 89701

Office of the Attorney General, State of New Hampshire
   Attn:  CAFA Coordinator/General Counsel's Office
      NH Department of Justice
         33 Capitol Street
            Concord, NH 03301

Office of the Attorney General, State of New York
   Attn:  CAFA Coordinator/General Counsel's Office
      28 Liberty Street, 15th Floor
         New York, NY 10005

Office of the Attorney General, State of North Carolina
   Attn:  CAFA Coordinator/General Counsel's Office
      9001 Mail Service Center
         Raleigh, NC 27699-9001

Office of the Attorney General, State of North Dakota
   Attn:  CAFA Coordinator/General Counsel's Office
      State Capitol
         600 E. Boulevard Avenue, Department 125
            Bismarck, ND 58505-0040

Office of the Attorney General, State of Ohio
   Attn:  CAFA Coordinator/General Counsel's Office
      30 E. Broad Street, 14th Floor
         Columbus, OH 43215

Office of the Attorney General, State of Oklahoma
   Attn:  CAFA Coordinator/General Counsel's Office
      313 NE 21st Street
         Oklahoma City, OK 73105

Office of the Attorney General, State of Oregon
    Attn:  CAFA Coordinator/General Counsel's Office
        Oregon Department of Justice
            1162 Court Street NE
                Salem, OR 97301-4096

Office of the Attorney General, Commonwealth of Pennsylvania
    Attn:  CAFA Coordinator/General Counsel's Office
        16th Floor, Strawberry Square
            Harrisburg, PA 17120

Office of the Attorney General, Commonwealth of Rhode Island
    Attn:  CAFA Coordinator/General Counsel's Office
        150 South Main Street
            Providence, RI 02903

Office of the Attorney General, State of South Dakota
    Attn:  CAFA Coordinator/General Counsel's Office
        1302 E Hwy 14, Suite 1
            Pierre, SD 57501-8501

Office of the Attorney General, Virgin Islands
    Attn:  CAFA Coordinator/General Counsel's Office
        GERS Building
            3438 Kronprindsens Gade, 2nd Floor
                St. Thomas, VI 00802

Office of the Attorney General, State of Vermont
    Attn:  CAFA Coordinator/General Counsel's Office
        Attorney General's Office
            109 State Street
                Montpelier, VT 05609-1001

Office of the Attorney General, Commonwealth of Virginia
    Attn:  CAFA Coordinator/General Counsel's Office
        202 North Ninth Street
            Richmond, VA 23219

Office of the Attorney General, State of West Virginia
    Attn:  CAFA Coordinator/General Counsel's Office
        State Capitol Complex
            Building 1, Room E-26
                Charleston, WV 25305

Office of the Attorney General, State of Wyoming
    Attn:  CAFA Coordinator/General Counsel's Office
       Kendrick Building
         2320 Capitol Avenue
            Cheyenne, WY 82002

BY FEDEX

Office of the Attorney General, State of Alabama
    Attn:  CAFA Coordinator/General Counsel's Office
       501 Washington Avenue
         P.O. Box 300152
            Montgomery, AL 36130-0152

Office of the Attorney General, American Samoa
    Attn:  CAFA Coordinator/General Counsel's Office
       American Samoa Gov't, Exec. Office Building
       Utulei, Territory of American Samoa
         P.O. Box 7
            Pago Pago, AS 96799

Office of the Attorney General, State of Idaho
    Attn:  CAFA Coordinator/General Counsel's Office
       700 W. Jefferson Street, Suite 210
         P.O. Box 83720
            Boise, ID 83720-0010

Office of the Attorney General, State of Louisiana
    Attn:  CAFA Coordinator/General Counsel's Office
       P.O. Box 94005
         Baton Rouge, LA 70804

Office of the Attorney General, State of Michigan
    Attn:  CAFA Coordinator/General Counsel's Office
       G. Mennen Williams Building, 7th Floor
         525 W. Ottawa St.
         P.O. Box 30212
            Lansing, MI 48909

Office of the Attorney General, State of Missouri
    Attn:  CAFA Coordinator/General Counsel's Office
        Supreme Court Building
           207 W. High Street
                P.O. Box 899
                    Jefferson City, MO 65102

Office of the Attorney General, State of Montana
    Attn:  CAFA Coordinator/General Counsel's Office
        Department of Justice
           215 N. Sanders, 3rd Floor
                P.O. Box 201401
                    Helena, MT 59620-1401

Office of the Attorney General, State of Nebraska
    Attn:  CAFA Coordinator/General Counsel's Office
        2115 State Capitol
           P.O. Box 98920
                Lincoln, NE 68509

Office of the Attorney General, State of New Jersey
    Attn:  CAFA Coordinator/General Counsel's Office
        RJ Hughes Justice Complex
           25 Market Street, P.O. Box 080
                Trenton, NJ 08625-0080

Office of the Attorney General, State of New Mexico
    Attn:  CAFA Coordinator/General Counsel's Office
        P.O. Drawer 1508
           Santa Fe, NM 87504-1508

Office of the Attorney General, Northern Mariana Islands
    Attn:  CAFA Coordinator/General Counsel's Office
        Administration Building
           P.O. Box 10007
                Saipan, MP 96950-8907

Office of the Attorney General, Commonwealth of Puerto Rico
    Attn:  CAFA Coordinator/General Counsel's Office
        P.O. Box 9020192
           San Juan, PR 00902-0192

Office of the Attorney General, State of South Carolina
    Attn:  CAFA Coordinator/General Counsel's Office
        P.O. Box 11549
           Columbia, SC 29211

Office of the Attorney General, State of Tennessee
  Attn:  CAFA Coordinator/General Counsel's Office
    P.O. Box 20207
      Nashville, TN 37202-0207

Office of the Attorney General, State of Texas
  Attn:  CAFA Coordinator/General Counsel's Office
    P.O. Box 12548
      Austin, TX 78711-2548

Office of the Attorney General, State of Utah
  Attn:  CAFA Coordinator/General Counsel's Office
    P.O. Box 142320
      Salt Lake City, UT 84114-2320

Office of the Attorney General, State of Washington
  Attn:  CAFA Coordinator/General Counsel's Office
    1125 Washington Street SE
      P.O. Box 40100
        Olympia, WA 98504-0100

Office of the Attorney General, State of Wisconsin
  Attn:  CAFA Coordinator/General Counsel's Office
    Wisconsin Department of Justice, State Capitol, Room 114
      P.O. Box 7857
        Madison, WI 53707-7857


BY CERTIFIED MAIL


Copy to:

The Rosen Law Firm
  Attn:  Laurence M. Rosen, Esq.
    355 South Grand Avenue, Suite 2450
      Los Angeles, CA 90071

The Rosen Law Firm
  Attn:  Phillip Kim, Esq. & Joshua Baker, Esq.
    275 Madison Avenue, 40th Floor
      New York, NY 10016


BY FEDEX