**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No: <u>LA CV 21-00270-DOC-(ASx)</u>                    Date: <u>March 21, 2022</u>

Title:   <u>Frank Roth Beteiligungs GmbH v. GTT Communications, Inc., et al.</u>

PRESENT:   <u>THE HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE</u>

|  |  |
|---|---|
| Karlen Dubon | Court Smart |
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Joshua Baker | Howard Privette |
|  | David Korn |

PROCEEDINGS:     **MOTION FOR SETTLEMENT APPROVAL OF AND PLAN OF ALLOCATION, AND FINAL CERTIFICATION OF SETTLEMENT CLASS [55]**

**MOTION FOR ATTORNEY FEES AND EXPENSES AND AWARD TO LEAD PLAINTIFF [56]**

The case is called. The Court and counsel confer.

The Court's order to issue.

:     05

<u>Initials of Deputy Clerk: kdu</u>